IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Buddy Newsome, #220855,          )
                                     )
          Petitioner,           )
                                     )
vs.                              )      Civil Action No.: 3:08-1953-TLW-JRM
                                   )
Tim Riley, Warden of Tyger River    )
Corr Inst,                     )
                                   )
          Respondent.       )
_____)

## ORDER

On May 12, 2008, the petitioner, Buddy Newsome, ("petitioner") proceeding *pro se*, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. #1). The respondent filed a motion for summary judgment on October 10, 2008. (Doc. #16). The petitioner filed a response in opposition on October 28, 2008. (Doc. #20). The case was referred to Magistrate Judge Joseph R. McCrorey pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #22). On March 16, 2009 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the respondent's motion for summary judgment be granted. (Doc. #22). The petitioner filed no objections to the report. Objections were due on April 2, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

1

reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. §

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

Court is not required to give any explanation for adopting the recommendation.  See Camby v.

Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For

the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's

Report and Recommendation is **ACCEPTED.**  (Doc. #22).

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

June 8, 2009
Florence, South Carolina

2